IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL RAY TURNER,

        Plaintiff,

vs.

LONG, cpl, badge # unknown; BECKY, stg., badg3 # unknown; MARQUEZ, Cpl. badge # 97052; and ADAM HOUGH, Sgt., badge # 97053;

        Defendants.

8:24CV492

**MEMORANDUM AND ORDER**

    This matter is before the Court on a motion filed by Plaintiff seeking to extend the current June 2, 2025, deadline to file his amended complaint. Filing No. 62. As cause, Plaintiff submits that he requires additional time to comply with this Court's May 1, 2025, Memorandum and Order requiring him to amend his complaint due to his pro se status and incarceration. *Id.* Plaintiff does not, however, indicate how much additional time he believes he will need to complete his amended complaint. See *Id.*

    Upon consideration, IT IS THEREFORE ORDERED:

    1. Petitioner's Motion, Filing No. 62, is granted. Plaintiff shall have an additional 30 days from the current June 2, 2025, deadline, *see* Filing No. 61, or through and until **July 2, 2025**, to file his second amended complaint. If Plaintiff fails to file his second amended complaint or seek additional time to do so by the July 2, 2025, deadline, this matter will be dismissed without further notice.

2. The clerk's office is directed to terminate the current pro se case management deadline of June 2, 2025, to check for second amended complaint and set the following pro se case management deadline: **July 2, 2025**: check for second amended complaint.

Dated this 13th day of May, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge