IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RAY TURNER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEN MARQUEZ, Cpl., #97052; and ADAM HOUGH, Sgt., #97053;<br><br>　　　　　　Defendants. | 8:24CV492<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the Court on two motions filed by Plaintiff seeking leave to supplement his Second Amended Complaint (the "Motions"). Filing Nos. 70 and 71. Plaintiff seeks consideration by this Court of the additional factual allegations and legal arguments set forth in his Motions along with his Second Amended Complaint at Filing No. 64, and supplements already filed at Filing Nos. 65, 67 and 68. Filing Nos. 70 and 71.

　　　　The Motions at Filing No. 70 and Filing No. 71, are granted. The Court shall consider the factual allegations contained in Filing Nos. 70 and 71 along with the Second Amended Complaint and previously filed supplements when conducting an initial review pursuant 28 U.S.C. § 1915(e)(2) to determine whether summary dismissal is appropriate. The Court will conduct this initial review in its normal course of business.

　　　　Dated this 4th day of August, 2025.

BY THE COURT:

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon<br>
Senior United States District Court