IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RAY TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;<br><br>Defendants. | **8:24CV492**<br><br>**ORDER NUNC PRO TUNC** |

On February 19, 2026, the Court entered a Memorandum and Order that contained a scrivener's error.  Filing No. 93.  In paragraph 2 of the ordering clause on page 2, the date in the second sentence should be March 23, 2026.  The Court hereby amends the second sentence of paragraph 2 on the February 19, 2026, Memorandum and Order, Filing No. 93 at 2, to read, "Failure to respond to, and comply with, this Memorandum and Order by March 23, 2026, will result in denial of Hough's motion to dismiss."

SO ORDERED.

Dated this 20th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge