IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL RAY TURNER,<br><br>                   Plaintiff,<br><br>        vs.<br><br>JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;<br><br>                   Defendants. | **8:24CV492**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on what the Court construes as a motion to dismiss filed by Adam Hough ("Hough") on February 13, 2026. Filing No. 90. For the reasons that follow, the Court will grant Hough's motion.

In his motion, Hough maintains he is not the same person as the defendant "Adam Hough, Sgt., #97035" (hereinafter "Defendant Hough") named in this case and has never worked at the Dakota County Correctional Facility. On February 19, 2026, the Court entered an order requiring Hough to show cause why he should be dismissed from this case by submitting evidence to demonstrate he is not Defendant Hough. Filing No. 93. On March 18, 2026, Hough submitted an affidavit and records from his employer, the American Red Cross, which verify that he has been employed at the Red Cross since October 2016. Filing No. 97; Filing No. 98. Though Plaintiff Michael Ray Turner asserts, without any basis, that Hough's statements are false, *see* Filing No. 95, the evidence is clear that Hough is not the same person that Plaintiff seeks to hold responsible for the misconduct alleged in his Complaint. Accordingly, the Court will

grant Hough's motion, dismiss Hough as a party to this action, and relieve him from any further participation in this action.

Plaintiff is advised that the Court's dismissal of Hough from this action does not have any effect on Defendant Hough's status as a party to this case.  Defendant Hough remains a named defendant and the Court will address service on Defendant Hough in a separate order.

IT IS THEREFORE ORDERED that:

1.      Hough's motion to dismiss, Filing No. 90, is granted and no further action from Hough is required in this action.

2.      Defendant "Adam Hough, Sgt., #97035" remains a party to this action. The Clerk of the Court is directed to update the docket sheet to show no entry of appearance by Adam Hough.

Dated this 28th day of April, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2