IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL RAY TURNER,

Plaintiff,

vs.

JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;

Defendants.

8:24CV492

ORDER

This matter is before the Court for case management.  On April 28, 2026, the Court directed service of process on Defendant Sgt. Adam Hough for a second time after the previous summons issued to Defendant Hough was served on the incorrect individual.  Filing No. 100; *see also* Filing No. 99.  On the Court's own motion, and because "[t]he officers of the court [must] issue and serve all process, and perform all duties" in in forma pauperis cases, 28 U.S.C. § 1915(d),

IT IS ORDERED that:

1.      Plaintiff is granted an extension of time until **July 6, 2026**, to complete service of process.

2.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 6, 2026**: service of process to be completed.

Dated this 5th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge