IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL RAY TURNER,

Plaintiff,

vs.

JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;

Defendants.

**8:24CV492**

**MEMORANDUM AND ORDER**

This matter is before the Court on case management.  The Federal Rules of Civil Procedure require that a defendant serve an answer to a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).

The Clerk of the Court issued a summons to Jonathan Gray ("Gray") on February 2, 2026.  Filing No. 88.  On February 18, 2026, copies of the process receipts and returns were filed by the Marshals Service showing that the summons was delivered on February 9, 2026.  Filing No. 91; *see also* Filing No. 106.  Although served, Gray has not filed an answer or any other responsive pleading.  Accordingly, to progress this matter,

IT IS ORDERED:

1.    Plaintiff shall have until **August 17, 2026**, to file a motion for default judgment against Defendant Gray.  Such motion shall fully comply with Federal Rule of Civil Procedure 55 and Nebraska Civil Rule 55.1.

2

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **August 17, 2026**: deadline for filing motion for default judgment against Defendant Gray.

Dated this 17th day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court