IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL RAY TURNER,

Plaintiff,

vs.

JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;

Defendants.

**8:24CV492**

**MEMORANDUM AND ORDER**

This matter is before the Court on a "Motion to Quash" filed by defendant Jonathan Gray ("Gray"), Filing No. 109, and a Motion for Default Judgment filed by Plaintiff Michael Ray Turner ("Plaintiff"), Filing No. 111. As the motions are related the Court shall address them together.

Plaintiff filed his Motion for Default Judgment in response to this Court's July 17, 2026, Memorandum and Order granting Plaintiff through August 17, 2026, to file a motion for default judgment due to Gray's failure to file an answer or any other responsive pleading. Filing No. 108 at 1. In the interim, Gray filed a motion, seeking to quash the proof of service filed on July 13, 2026, as defective (failing to contain a signed return from Federal Express and omitting the type of delivery service utilized). Filing No. 110 at 1 (citing Filing No. 106). However, in lieu of moving to dismiss under Fed. R. Civ. P. 12(b)(2), Gray seeks leave to file an answer to prevent further delay of the proceedings. Filing No. 110 at 7.

In order to expedite the progression of this matter, the motion to quash shall be granted and Gray shall be allowed to file his answer in 30 days from the entry of this Memorandum and Order. Because Gray is granted leave to file his answer, Plaintiff's Motion for Default Judgment must be denied without prejudice.

IT IS THEREFORE ORDERED THAT:

1. The Motion to Quash, Filing No. 109, is granted to the extent this Court finds defendant Jonathan Gray was not properly served. The return of service for defendant Jonathan Gray filed February 18, 2026, Filing No. 91 at 2, is quashed.

2. The Motion for Default Judgment, Filing No. 111, is denied without prejudice.

3. Defendant Jonathan Gray has through and until **September 14, 2026**, to file an answer to Plaintiff's Complaint.

4. The Clerk's Office is instructed to set the following pro se management deadline: **September 24, 2026**: check for answer from Defendant Jonathan Gray.

Dated this 13th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court