IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL RAY TURNER,

Plaintiff,

vs.

JEN MARQUEZ, Cpl., #97052, in her individual capacity; ADAM HOUGH, Sgt., #97053, in his individual capacity; and JONATHAN GRAY, Lt., in his individual capacity;

Defendants.

**8:24CV492**

**ORDER NUNC PRO TUNC**

On August 13, 2026, 2026, the Court entered a Memorandum and Order that contained a scrivener's error. Filing No. 113. In paragraph 4 of the ordering clause on page 2, the pro se case management deadline should be September 14, 2026. The Court hereby amends paragraph 4 of the August 13, 2026, Memorandum and Order, Filing No. 113 at 2, to read, "The Clerk's Office is instructed to set the following pro se management deadline: **September 14, 2026**: check for answer from Defendant Jonathan Gray."

SO ORDERED.

Dated this 17th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge